UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN WAVE MACHINES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAREFOOT SKI RANCH, et al.,<br><br>Defendants. | Case No.:  20cv851-JAH(MSB)<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE, CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES [ECF NO. 20];**<br><br>**(2) CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE TO VIDEO CONFERENCES;**<br><br>**AND**<br><br>**(3) ISSUING UPDATED PROCEDURES** |

On June 30, 2020, the parties filed a document entitled a "Joint Motion to Stay." (ECF No. 20.)  The parties state that they "are actively engaged in settlement negotiations, and are motivated to resolve this dispute prior to a nationally-televised surfing event at the BSR Resort scheduled for the weekend of July 21-22, 2020."  (Id. at

2.) They ask the Court "to stay the proceedings in this action for a period of two weeks, and reset the deadlines in the Order for ENE Conference . . . ." (Id.)

The Court interprets the joint motion as the motion to continue the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC"), as well as all related dates by at least two weeks. Having reviewed the joint motion, the Court finds good cause and **CONTINUES** the ENE and CMC currently set for August 3, 2020, at 9:30 a.m., until **August 19, 2020**, at **9:30 a.m.** The Court also **CONTINUES** all related deadlines as follows:

|  | Current Deadline | New Deadline |
| --- | --- | --- |
| ENE Statements Due | July 27, 2020 | August 12, 2020 |
| Meet and confer pursuant to Fed. R. Civ. P. 26(f) | July 20, 2020 | August 5, 2020 |
| File Joint Discovery Plan | July 27, 2020 | August 12, 2020 |
| Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) | July 27, 2020 | August 12, 2020 |

Further, in light of the ongoing public health crisis, the Court **CONVERTS** the in-person ENE and CMC to **video conferences**. To facilitate this modification, **IT IS HEREBY ORDERED:**

1. The Court will use its official Zoom video conferencing account to hold the ENE. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the ENE.[2]  There is a cost-free option for creating a Zoom account.

2. Prior to the start of the ENE, the Court will e-mail each ENE participant an invitation to join a Zoom video conference.  Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the ENE begins promptly at **9:30 a.m. The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.**

4. Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE.  That is, the Court will begin the ENE with all participants joined together in a main session.  After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will

---

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

also allow parties and counsel to communicate confidentially without the Court.

5. No later than **August 12, 2020**, counsel for each party shall send an e-mail to the Court at efile_berg@casd.uscourts.gov containing the following:

  a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

  b. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

  c. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

7. If the case does not settle during the ENE, the Court will hold the CMC immediately following the ENE with counsel only.

///
///
///
///
///
///

8. All procedures and requirements set forth in the Court's Order Setting ENE and CMC [ECF No. 17] remain in place, except as explicitly modified by this Order.

**IT IS SO ORDERED**.

Dated: July 2, 2020

Honorable Michael S. Berg
United States Magistrate Judge