UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN WAVE MACHINES, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>STUART PARSONS, JR., INDIVIDUALLY, AND DBA BAREFOOT SKI RANCH, AND AS TRUSTEE OF PARSONS RANCH & WILDLIFE TRUST,<br><br>  Defendant. | Case No.: 3:20-cv-00851-JAH-MSB<br><br>**ORDER GRANTING JOINT MOTION TO STAY (Doc. No. 20)** |

Pending before the Court is the Parties' Joint Motion to Stay, [doc. no. 20], requesting a stay of the proceedings in this lawsuit for a period of two weeks so that the Parties may give due consideration to settlement negotiations and give settlement a chance to succeed. Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. The matter is stayed until July 22, 2020. Accordingly, if settlement is not reached, the stay is automatically lifted.

**IT IS SO ORDERED.**

DATED:   July 8, 2020

_____
JOHN A. HOUSTON
United States District Judge

1

3:20-cv-00851-JAH-MSB