UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN WAVE MACHINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAREFOOT SKI RANCH, et al., <br><br> Defendants. | Case No.:  20cv851-JAH(MSB) <br><br> **ORDER:** <br><br> **(1) SETTING FOLLOW-UP VIDEO SETTLEMENT CONFERENCE** <br><br> **AND** <br><br> **(2) CONTINUING CASE MANAGEMENT CONFERENCE** |

A video Early Neutral Evaluation Conference was held via Zoom on August 19, 2020.  Pursuant to the discussions with the parties, the Court sets a follow-up **video** Settlement Conference ("SC") for **August 21, 2020**, at **9:30 a.m**.  The Court will e-mail Zoom links to the participants following the issuance of this Order.

///
///
///
///
///

If the case does not settle during the follow-up SC, the Court will hold the Case Management Conference immediately following the SC.

**IT IS SO ORDERED**.

Dated:  August 19, 2020

Honorable Michael S. Berg
United States Magistrate Judge